# STATE OF MICHIGAN

# COURT OF APPEALS

RAIDA ADAS,

        Plaintiff-Appellant,

v

WILLIAM BEAUMONT HOSPITAL,
BEAUMONT HOSPITALS, and MARIANNE
FRANCO, M.D.,

        Defendants,

and

ROYAL OAK SURGICAL ASSOCIATES, P.C.,
and PETER CZAKO, M.D.,

        Defendants-Appellees.

UNPUBLISHED
November 17, 2015

No. 318397
Oakland Circuit Court
LC No. 2011-116424-NH

Before: METER, P.J., and WILDER and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J., (*concurring*).

      I concur in result only.

                                     /s/ Amy Ronayne Krause

-1-